IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRISCILLA YORK and
ALTON YORK,
    Plaintiffs,

vs.                        CASE NO.: 1:07cv200-SPM/AK

MEDCO HEALTH SOLUTIONS
OF NETPARK, L.L.C.,
    Defendant.
_____/

## ORDER TRANSFERRING CASE

Upon consideration of Defendant's unopposed motion to transfer (doc. 7), the Court finds that transferring this case to the Middle District of Florida, Tampa Division, is appropriate because Tampa is where Defendant maintains its principal place of business and where the conduct constituting the alleged negligence occurred. Accordingly, it is

ORDERED AND ADJUDGED:

1.    Defendant's motion to transfer (doc. 7) is granted.

2.    The clerk shall transfer this case to the United States District Court for the Middle District of Florida, Tampa Division.

3.    This Court's Initial Scheduling Order (doc. 10) is vacated.

DONE AND ORDERED this 20th day of February, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge